CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 2 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:02CR70031-003 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Letasa Sherrell Hairston 4339-G Hewitt Street Greensboro, NC 27407 | DISTRICT WESTERN DISTRICT OF VIRGINIA | DIVISION Danville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Norman K. Moon, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 19, 2005 — TO January 18, 2009 |

OFFENSE

Distribute and Possess with Intent to Distribute More Than Five Grams of Cocaine Base, 21 U.S.C. § 841(a)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

05/03/05
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of North Carolina

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 19, 2005
Effective Date

*[signature]*
United States District Judge